In the Matter of EDWARD F. COHEN et al., Respondents against DENNIS F. MAHAR et al., Constituting the, Board of Assessors of the City of Schenectady, Appellants.

(Argued October 6, 1933; decided November 21, 1933.)

*Mathias P. Poersch, Corporation Counsel* (*McDonald King* of counsel), for appellants.

*Arthur S. Golden* for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.